# United States District Court
## Northern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>SHAIF ALI ALOMARI | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses Committed On or After November 1, 1987)<br><br>USDC Case Number: CR-02-40076-003 SBA<br>BOP Case Number: DCAN402CR040076-003<br>USM Number:        SHAIF ALI ALOMARI<br>Defendant's Attorney :DAVID ANDERSON |

**THE DEFENDANT:**

[**x**]   admitted guilt to violation of condition(s) <u>charges 1,2,3,4, & 5 of the Probation Form 12</u> of the term of supervision.
[ ]   was found in violation of condition(s) __ after denial of guilt.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense(s):

| **Violation Number** | **Nature of Violation** | **Date Violation Occurred** |
|---|---|---|
| See next page. | | |

The defendant is sentenced as provided in pages 2 through <u>3</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]   The defendant has not violated condition(s) __ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

| | |
|---|---|
| Defendant's Soc. Sec. No.: | 6/26/07<br>Date of Imposition of Judgment |
| Defendant's Date of Birth: | |
| Defendant's USM No.: | *Saundra B Armstrong* |
| | 7/16/07   Signature of Judicial Officer |
| Defendant's Residence Address: | |
| | Honorable Saundra B. Armstrong, U. S. District Judge |
| Defendant's Mailing Address: | Name & Title of Judicial Officer |
| | 7/16/07<br>Date |

AO 245D (Rev. 12/03) Judgment in a Criminal Case for Revocation

DEFENDANT:                                                                         Judgment - Page 2 of 3
CASE NUMBER:    CR-02-40076-003 SBA

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | THE DEFENDANT FAILED TO SUBMIT A MONTHLY SUPERVISION REPORT. | NOVEMBER 2006 |
| 2 | SEVERAL CONTROLLED SUBSTANCES WERE FOUND IN THE POSSESSION OF THE DEFENDANT | DECEMBER 8, 2006 |
| 3 | DEFENDANT WAS FOUND TO HAVE A FIREARM AD AMMUNITION IN HIS POSSESSION | DECEMBER 8, 2006 |
| 4 | DEFENDANT FAILED TO PARTICIPATE IN DRUG/ALCOHOL TREATMENT PROGRAM AS DIRECTED BY PROBATION | DECEMBER 8, 2006 |
| 5 | DEFENDANT WAS ARRESTED AND CHARGED WITH POSSESSION FOR SALE OF A CONTROLLED SUBSTANCE | DECEMBER 8, 2006 |

AO 245B (Rev. 12/03) (CAND Rev. 3/07) Judgment in a Criminal Case Sheet 2 - Imprisonment

DEFENDANT:     SHAIF ALI ALOMARI                                                Judgment - Page 3 of 3
CASE NUMBER:   CR-02-40076-003 SBA

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of  eighteen (18) months.  .

[**x**]   The Court makes the following recommendations to the Bureau of Prisons:
That the defendant be given credit for time served while in Federal Custody.

[**x**]   The defendant is remanded to the custody of the United States Marshal. The appearance bond is hereby exonerated.

[ ]   The defendant shall surrender to the United States Marshal for this district.

   [ ] at ___ [] am [] pm on ___.
   [ ] as notified by the United States Marshal.

   The appearance bond shall be deemed exonerated upon the surrender of the defendant.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   [ ] before 2:00 pm on ___.
   [ ] as notified by the United States Marshal.
   [ ] as notified by the Probation or Pretrial Services Office.

   The appearance bond shall be deemed exonerated upon the surrender of the defendant.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
Deputy United States Marshal